IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MEGHAN M. HOOKER,<br><br>        Plaintiff,<br><br>vs.<br><br>HIBBETT SPORTING GOODS, INC., a foreign corporation; TIFFANY HURT, TINA GARDNER, BLAKE FRICKE, JASON ALLEN,<br><br>        Defendants. | 4:14CV3147<br><br>ORDER |

As requested in the parties' motion, (filing no. 25), which is hereby granted,

IT IS ORDERED:

1) On or before March 20, 2015, for Plaintiff shall supplement her expert witness disclosures and furnish any necessary expert witness reports;

2) On or before May 4, 2015, for Defendants shall identify their expert witnesses; and

3) On or before June 4, 2015, the Defendants shall to serve complete expert witness disclosures necessary expert witness reports.

March 9, 2015.

                                                BY THE COURT:

                                                *s/ Cheryl R. Zwart*
                                                United States Magistrate Judge