IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MEGHAN M. HOOKER,<br><br>        Plaintiff,<br><br>vs.<br><br>HIBBETT SPORTING GOODS, INC., a foreign corporation; TIFFANY HURT, TINA GARDNER, BLAKE FRICKE, JASON ALLEN,<br><br>        Defendants. | 4:14CV3147<br><br>**AMENDED PROGRESSION ORDER** |

IT IS ORDERED:

The parties' motion to amend, (Filing No. 31), is granted in part and denied in part as follows:

1) The trial, pretrial conference, and telephonic conference settings are unchanged.

2) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is September 15, 2015. Motions to compel Rule 33 through 36 discovery must be filed by September 30, 2015.

3) The defendant's deadline for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is July 15, 2015.

4) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

        For the plaintiff(s):    May 27, 2015.
        For the defendant(s):    August 15, 2015.
        Rebuttal expert(s):    September 4, 2015.

5) The deposition deadline is September 15, 2015.

1

6) The deadline for filing motions to dismiss and motions for summary judgment is October 1, 2015. The parties are advised, however, that the trial and pretrial conference are not continued, and any summary judgment or *Daubert* motion filed on or after July 27, 2015, may not be ruled on prior to the pretrial conference or trial.

7) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is October 1, 2015.

May 5, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge