IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MEGHAN M. HOOKER,<br><br>       Plaintiff,<br><br>vs.<br><br>HIBBETT SPORTING GOODS, INC.,<br>a foreign corporation, et al.,<br><br>       Defendants. | 4:14-CV-3147<br><br>ORDER |

The Court has been advised that the parties in this case have settled their claims. Accordingly,

IT IS ORDERED:

1. This case is removed from the Court's trial calendar.

2. On or before September 10, 2015, the parties shall file a joint stipulation for dismissal, or other dispositive stipulation, together with submitting to the undersigned judge a draft order which will fully dispose of the case.

3. Absent compliance with this order, this case (including counterclaims and the like) may be dismissed without further notice.

4. The Clerk of the Court shall set a dismissal papers deadline of September 10, 2015.

Dated this 11th day of August, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge